UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 17-10007-CIV-KING/WHITE

HERMINIO PERLAZA-REINA,

    Movant,

v.

UNITED STATES OF AMERICA,

    Respondent.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT & RECOMMENDATION

THIS CAUSE comes before the Court upon the May 17, 2018 Report & Recommendation (DE #14) of Magistrate Judge White, recommending that Petitioner's Motion to Vacate be Dismissed as time-barred and that no certificate of Appealability be issued.[1]

After a thorough review of the record and consideration of the Report & Recommendation, the Court concludes that the Report & Recommendation is well-reasoned and accurately states the law of the case. Accordingly, it is **ORDERED, ADJUDGED, and DECREED** as follows:

1. Magistrate Judge White's May 17, 2018 Report & Recommendation (DE #14) be, and the same is, hereby **AFFIRMED** and **ADOPTED** as an Order of this Court.

2. Petitioner's Motion to Vacate (DE 1) be and the same is hereby **DISMISSED.**

3. The Court further denies Petitioner's Request for a Certificate of Appealability.

---

[1] The deadline for filing objections was May 31, 2018. As of the date of this order, none have been filed. Accordingly, this matter is ripe for ruling.

1

4. All pending motions are denied as moot.

5. The Clerk shall close this case.

**DONE** and **ORDERED** in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 30th day of August, 2018.

_____
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

cc:
**Magistrate Judge White**

**All Counsel of Record**

**Herminio Perlaza-Reina**
07200-104
D. Ray James Correctional Institution
Inmate Mail/Parcels
Post Office Box 2000
Folkston, GA 31537